# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

RECEIVED
JAN 14 2020
JUDGE KEENAN'S CHAMBERS

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 14, 2020

By ECF/Hand

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-20

Re: United States v. Christopher Torres, 19 Cr. 865 (JFK)

**MEMO ENDORSED**

Hon. Judge Keenan:

With the consent of the government, I write to respectfully request a 60-day adjournment of the January 22, 2020 status conference. An adjournment would permit the defense's continuing review of discovery and allow the parties the opportunity to engage in plea negotiations. This letter constitutes the first request for an adjournment by either party.

To that end, we request that the time between January 22, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

*Application Granted*
*The case is adjourned to*
*February 24, 2020 at 11 AM. Time excluded.*
*So ordered*
*John F. Keenan*
*January 14, 2020  USDJ*

Respectfully submitted,

/s/ Ariel Werner

Ariel Werner
Assistant Federal Defender
212-417-8770

CC: AUSA Rushmi Bhaskaran