USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   U.S.A.

    -V-          #19 CR 865 (JFK)

 CHRISTOPHER TORRES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

A bail review hearing has been set for **Tuesday, February 4, 2020 at 11:30 a.m.** in Courtroom 20-C, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: New York, New York

1-29-20

_____
JOHN F. KEENAN
United States District Judge