# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

RECEIVED
FEB 19 2020
JUDGE KEENAN'S CHAMBERS

February 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-20

By ECF/Hand

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Christopher Torres, 19 Cr. 865 (JFK)

Hon. Judge Keenan:

With the consent of the government, I write to respectfully request a 30-day adjournment of the February 24, 2020 status conference in this case. An adjournment would allow the parties to continue engaging in plea negotiations. This letter constitutes the second request for an adjournment in this case. On January 14, 2020, Mr. Torres requested a 60-day adjournment to continue reviewing discovery and negotiating with the government. The Court granted a 30-day adjournment. I now request that the Court adjourn this conference for another 30 days.

We request that the time between February 24, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

*Application granted. The case is adjourned to March 26, 2020 at 11 AM. Time is excluded.*
*So ordered. John F. Keenan*
*February 20, 2020   USDJ*

Respectfully submitted,

/s/ Ariel Werner

Ariel Werner
Assistant Federal Defender
212-417-8770

CC: AUSA Rushmi Bhaskaran