# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 19, 2020

By ECF

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Christopher Torres, 19 Cr. 865 (JFK)

Hon. Judge Keenan:

I write, without any objection from the Government or Pretrial Services, to request a minor modification of the terms of Mr. Torres's bail.  Under the current terms of Mr. Torres's bail, he may only leave home for court, meetings at my office, and mental health treatment.  We now request that he be permitted to accompany his grandmother, for whom he is employed as a home health attendant, to medical appointments.

As of now, Mr. Torres works for his grandmother in the home they share three days a week.  His brother, Christian, works for their grandmother twice each week and accompanies her to medical appointments.  However, Christian is moving to New Jersey and will be unable to serve this role.  Accordingly, Chris requests permission to accompany his grandmother—who suffers from numerous health issues—to medical appointments approximately four to six times each month.  He can provide Pretrial Services with notes verifying his appearance at the doctors' offices his grandmother visits.

As noted, neither the Government nor Pretrial objects to this request.  Thank you for considering it.

---

```
The Government and Pretrial Services having no objection, Defendant's
request is GRANTED.  Defendant may accompany his grandmother to her
medical appointments.  Defendant must inform Pretrial Services of such
appointments in advance, and he must comply with any instructions by
Pretrial Services, such as providing a note verifying Defendant's
appearance at the doctor's offices.

SO ORDERED.

Dated:   New York, New York
         June 24, 2020
```

_John F. Keenan_
John F. Keenan
United States District Judge