# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

September 15, 2020

By ECF/Email

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-16-20

Re:   United States v. Christopher Torres, 19 Cr. 865 (JFK)

Hon. Judge Keenan:

   I write with the consent of the Government and Pretrial Services to request a modification to the terms of Mr. Torres's bail.

   Under the current terms, Mr. Torres may not reside in a home with internet access. Although Mr. Torres consented to the imposition of this condition on February 4, 2020, the COVID-19 pandemic has made it untenable. Mr. Torres lives in an apartment with his grandmother, his mother, and his 12-year-old brother, ███, who is entering the eighth grade at ██████████████████. As ███'s school prepares to reopen next week, they have allowed families to choose between fully remote learning and half-remote, half-in-person learning. Due to his grandmother's numerous medical issues, ███ will need to attend school on a fully remote schedule, via the internet. And ███ is not alone in preparing for a fully remote education: With one week to go until the start of the 2020-21 academic year, on September 21, 2020, more than 42% of New York City's public school students intend to participate in all-remote learning.[1]

   Accordingly, I propose that Mr. Torres's bail be modified such that he is permitted to reside in a home with internet access, so long as there is only one device—a computer, laptop, or tablet—in the home capable of accessing the internet, protected by a password that is known only to ███ and his mother. As noted, the Government and Pretrial Services both consent to this modification. Thank you for considering it.

---

[1] Lauren Cook, *42% of NYC Students Opt for Remote Learning; Up from 26%, DOE Says*, PIX 11 (Sep. 14, 2020), at https://www.pix11.com/news/back-to-school/42-of-nyc-students-opt-for-remote-learning-up-from-26-doe-says.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212-417-8770

CC: Rushmi Bhaskaran, Assistant U.S. Attorney
John Moscato, U.S. Pretrial Services

*Application Granted*
*So ordered*

*John F. Keenan*
*4503*
*September 16, 2020*