UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

       -V-                      #19 CR 865 (JFK)

   CHRISTOPHER TORRES

---------------------------------X

The trial in this case is rescheduled from March 24, 2021 to March 22, 2021 at 10:30 a.m.

SO ORDERED.

Dated: New York, New York

12-9-20

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-20