USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    U.S.A.

    -V-

    Christopher Torres

------------------------------X

#19 Cr 865 (JFK)

The Court has set the following schedule in this case:

Pretrial Motions are due by February 8, 2021. The Responses are due by February 22, 2021. The Replies are due by March 1, 2021. The next conference will be held on Wednesday, January 20, 2021 at 11:15 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-9-20

JOHN F. KEENAN
United States District Judge