UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

    CHRISTOPHER TORRES

-------------------------------X

#19 CR 865 (JFK)

The conference has been adjourned from January 20, 2021 to Tuesday, February 23, 2021 at 11:00 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

1-11-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-11-21