```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

        -V-

    CHRISTOPHER TORRES

------------------------------X

#19 CR 865 (JFK)

The pretrial motion schedule is amended as follows: motions due by March 2, 2021; responses by March 10, 2021; replies by March 18, 2021.

              SO ORDERED.

Dated:  New York, New York
        2-16-21

                         JOHN F. KEENAN
                  United States District Judge