UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-

    CHRISTOPHER TORRES

--------------------------------X

#19 CR 865 (JFK)

The pretrial motion schedule is amended as follows: All motions are due by March 12, 2021

SO ORDERED.

Dated: New York, New York

2-16-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-16-21