# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2021

VIA ECF
Honorable John F. Keenan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re:   **United States v. Christopher Torres**
      **19 Cr. 865 (JFK)**

Dear Judge Keenan,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for June 15, 2021, for approximately 60 days. We have been collecting supporting documentation that will enable us to effectively represent Mr. Torres at sentencing, but need the requested time to complete that process.

    The Government by Assistant United States Attorney Rushmi Bhaskaran has no objection to this request. This is the first request for an adjournment of sentencing. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Christopher Torres

cc:   Rushmi Bhaskaran
      Assistant United States Attorney

```
The Government having no objection, Defendant's request is GRANTED.
Sentencing is adjourned to July 28, 2021 at 11:30 a.m. in Courtroom 20-C.
No further requests for an adjournment will be granted.

SO ORDERED.

Dated:  New York, New York
        May 27, 2021
```

John F. Keenan
United States District Judge