UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S.A
    -v-

Torres

    #19cr.865 (JFK)

------------------------------------X

The Sentence in this case is adjourned from **July 28** to **July 21, 2021** at **11:00am** in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

6-8-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-21