UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-

    CHRISTOPHER TORRES

------------------------------X

#19 CR 865 (JFK)

Reminder: The sentencing submissions are due Wednesday, July 14, 2021 at 12 noon.

SO ORDERED.

Dated: New York, New York

7-13-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-21